No. 84–363.   NORTHEAST BANCORP, INC., ET AL. *v.* BOARD OF GOVERNORS OF THE FEDERAL RESERVE SYSTEM ET AL.   C. A. 2d Cir.   [Certiorari granted, 469 U. S. 1105.]   Motion of Frank L.

Morsani for leave to file a brief as *amicus curiae* granted. Motion of respondents Bank of New England Corp. et al. for divided argument granted. Motion of petitioners Northeast Bancorp, Inc., et al. for divided argument denied.